IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE GENERAL MOTORS COMPANY DERIVATIVE LITIGATION | § § § § § § § § | No. 392, 2015<br><br>Court Below: Court of Chancery of the State of Delaware<br><br>C.A. No. 9627-VCG |

Submitted: February 10, 2016
Decided: February 11, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## <u>ORDER</u>

This 11th day of February 2016, having considered this matter on the briefs filed by the parties and after oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its June 26, 2015 decision.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *In re Gen. Motors Co. Derivative Litig.*, 2015 WL 3958724 (Del. Ch. June 26, 2015).